UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RAFAEL A. LAUREANO,

                Plaintiff,

-against-

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------------X

JUDGMENT
05-CV-5166 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 2 6 2006 ★
P.M.
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 20, 2006, reversing the Commissioner's decision in part, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision, with respect to the Administrative Law Judge's determination that for the period from March 1, 1999, to December 31, 2000, and for the period after April 15, 2002, plaintiff had a residual functional capacity for light work and was not disabled during those periods; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed in part, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to a new hearing and issuance of a new decision, with respect to the Administrative Law Judge's determination that for the period from March 1, 1999, to December 31, 2000, and for the period after April 15, 2002, plaintiff had a residual functional capacity for light work and was not disabled during those periods.

Dated: Brooklyn, New York
         September 21, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court